DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of C.R., R.R., and D.R., children.

K.D.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-3017
_____

March 25, 2026

Appeal from the Circuit Court for Pinellas County; Patrice Moore, Judge.

Michelle Bui, Tampa, for Appellant.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee, Department of Children and Families.

Jamie Billotte Moses of MMPO Defense, Orlando; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Caitlin E. Burke, Senior Attorney, Tallahassee, for Appellee Statewide Guardian ad Litem Office.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.